IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JEFFREY W. TUNKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:07-00065 |
| ) | JUDGE HAYNES |
| CITY OF COOKEVILLE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is set for a status conference on **Friday, August 20, 2010 at 10:00 a.m.** in Cookeville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the _10th_ day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge