IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY W. TUNKS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:07-00065 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CITY OF COOKEVILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the parties' stipulation of dismissal (Docket Entry No. 107), Plaintiff's claims against Defendants Randall Weiker, Danny Dyer, Mark Webb, City of Cookeville, and the Cookeville Police Department are **DISMISSED with prejudice.** Accordingly, the Defendants' motion for summary judgment (Docket Entry No. 87) and motion to ascertain status (Docket Entry No. 97) are **DENIED as moot**. The only remaining Defendants in this action are Tim Taylor and Cooper and Shanburg.

It is so **ORDERED**.

**ENTERED** this the _8th_ day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge